B6B (Official Form 6B) (12/07)

In re      **Brandon C Lawson,**                                                                                   Case No.      **13-35907**
        **Nicole L Lawson**

                                     Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | J | 35.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Funds in Checking Account with Suntrust** | W | 300.00 |
| | | **Funds in Checking/Savings Account with Wells Fargo Financial Checking - 350; Savings - $5** | H | 355.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Living Room/ Family Room Furnishings: Sofas; Chairs; Tables; TV(s); Miscellaneous items** | J | 510.00 |
| | | **Bedroom Furniture: Beds(s); Dresser(s); Night Stands; Lamps; TV(s) Miscellaneous Items** | J | 905.00 |
| | | **Kitchen/Dining Room Furnishings: Tables/Chairs; Appliances; Pots/Pans; Dishes/Silverware; Small Appliances; Miscellaneous Items.** | J | 450.00 |
| | | **Miscellaneous Furnishings: Washer/Dryer; Lawnmower; Tools; Outdoor furniture; Stereo; VCR; Miscellaneous Items.** | J | 660.00 |
| | | **mattress and box springs** | J | 100.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books; Pictures** | J | 50.00 |
| 6. Wearing apparel. | | **Clothing** | H | 700.00 |
| | | **Clothing** | W | 900.00 |

                                    Sub-Total >      **4,965.00**
                                  (Total of this page)

    **4**   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re     **Brandon C Lawson,**                                                          Case No.  **13-35907**
          **Nicole L Lawson**
_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 7. Furs and jewelry. | | **Wedding/Engagement Rings** | **H** | **50.00** |
| | | **Wedding/Engagement Rings** | **W** | **300.00** |
| | | **Costume Jewelry** | **H** | **10.00** |
| | | **Costume Jewelry** | **W** | **50.00** |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **General Sporting Equipment** | **J** | **20.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Interest in Life Insurance Policy (none with cash value)** | **H** | **0.00** |
| | | **Interest in Life Insurance Policy (none with cash value)** | **W** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement Plan with employer Not property of bankruptcy estate NONE KNOWN** | **H** | **0.00** |
| | | **Retirement Plan with employer Not property of bankruptcy estate NONE KNOWN** | **W** | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Business owned 100% by Debtors as sole proprietors; it is  known as Law Cleaning and Washing. Asset are nominal in value and shown below in section 29; accounts receivables shown below** | **J** | **1.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >        **431.00**
(Total of this page)

Sheet   **1**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Brandon C Lawson,**
       **Nicole L Lawson**

                     Debtors

Case No.    **13-35907**

,

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | | **Accounts Receivable owed to Debtors' sole propriotship known as Law Cleaning and Washing, as of date of the filing of the bankruptcy petition** | **J** | **4,103.50** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Wages / Garnished Wages by any and all judgment creditors** | **H** | **0.00** |
| | | **Wages/Garnished Wages by any and all judgment creditors** | **W** | **0.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Estimated Federal Tax Refund for 2013 and prior years Refund for 2012:  $5032; expect $5,000 for 2013** | **H** | **4,000.00** |
| | | **Expect no refund for wife** | | |
| | | **Estimated State Tax Refund for 2013 and prior years Refund for 2012:  $0; expect no tax refund in 2013** | **J** | **0.00** |
| | | **Any interest in property that the debtor presently has or acquires within 180 days of the filing of this petition from a bequest, devise or inheritance, as a result of a separation or divorce decree, or as a beneficiary of a life insurance policy of death benefit plan.** | **J** | **0.00** |

Sub-Total >       **8,103.50**
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Brandon C Lawson,**                                        Case No.   __13-35907__
        **Nicole L Lawson**

                                                    ,
                                        Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Pending personal injury claim against Erie Insurance Co.  resulting from auto accident on 5/19/2013 Settlement of claim is pending as follows: Nicole Lawson: $7,500.00 Brandon Lawson:  $5,600.00 Debtor's three children @ $2,700:  $8100.00 (not property of Debtors)** | H | **5,600.00** |
| | | **Pending personal injury claim against Erie Insurance Co.  resulting from auto accident on 5/19/2013 Settlement of claim is pending as follows: Nicole Lawson: $7,500.00 Brandon Lawson:  $5,600.00 Debtor's three children @ $2,700:  $8100.00 (not property of Debtors)** | W | **7,500.00** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Auto #1 2004 Ford F-350 with 70,000 Miles** | J | **14,425.00** |
| | | **Auto #2 2002 Nissan Maxima** | H | **3,500.00** |
| | | **Auto #3 - 1998 Ford Explorer** | H | **2,000.00** |
| | | **Auto #4 - 2004 Cadillac Escalade** | W | **7,000.00** |
| | | **Auto #5 - 1994 Ford Escort** | J | **300.00** |
| | | **1998 Honda Civic** | H | **500.00** |
| 26. Boats, motors, and accessories. | | **1988 Cobia 19' Boat Mercruiser** | J | **960.00** |
| | | **2005 Continent Boat Trailer** | J | **480.00** |

Sub-Total >   **42,265.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Brandon C Lawson,**
       **Nicole L Lawson**                                                    Case No.  __13-35907__

                                                    Debtors                ,

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Power Washer; 2 carpet shampooers; 5 vaccums; pump/extractor; generator; hot box; blower; 2 floor buffers** | H | 1,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Family Pets** | J | 1.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 1,001.00 |
| Total > | 56,765.50 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/13)

.

In re   **Brandon C Lawson,**                                      Case No.   **13-35907**
        **Nicole L Lawson**

_____,
                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:         ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                         $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                  *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Husband's Exemptions** | | | |
| **Real Property** | | | |
| **6608 Dellwood Street** | Va. Code Ann. § 34-4 | 1.00 | 136,100.00 |
| **Richmond, VA  23228** | | | |
| | | | |
| **Timeshare @ Berkley Vacation Resort** | Va. Code Ann. § 34-4 | 1.00 | 5,000.00 |
| | | | |
| **Cash on Hand** | | | |
| **Cash** | CV § 34-4 | 17.50 | 35.00 |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Funds in Checking/Savings Account with Wells** | Va. Code Ann. § 34-4 | 355.00 | 355.00 |
| **Fargo Financial** | | | |
| **Checking - 350; Savings - $5** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Living Room/ Family Room Furnishings:** | CV § 34-26(4a) | 255.00 | 510.00 |
| **Sofas; Chairs; Tables; TV(s); Miscellaneous** | CV § 34-4 | 1.00 | |
| **items** | | | |
| | | | |
| **Bedroom Furniture:** | CV § 34-26(4a) | 452.50 | 905.00 |
| **Beds(s); Dresser(s); Night Stands; Lamps; TV(s)** | CV § 34-4 | 1.00 | |
| **Miscellaneous Items** | | | |
| | | | |
| **Kitchen/Dining Room Furnishings:** | CV § 34-26(4a) | 225.00 | 450.00 |
| **Tables/Chairs; Appliances; Pots/Pans;** | CV § 34-4 | 1.00 | |
| **Dishes/Silverware; Small Appliances;** | | | |
| **Miscellaneous Items.** | | | |
| | | | |
| **Miscellaneous Furnishings:** | CV § 34-26(4a) | 330.00 | 660.00 |
| **Washer/Dryer; Lawnmower; Tools; Outdoor** | CV § 34-4 | 1.00 | |
| **furniture; Stereo; VCR; Miscellaneous Items.** | | | |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books; Pictures** | CV § 34-26(4a) | 25.00 | 50.00 |
| | CV § 34-4 | 1.00 | |
| | | | |
| **Wearing Apparel** | | | |
| **Clothing** | CV § 34-26(4) | 700.00 | 700.00 |
| | CV § 34-4 | 1.00 | |
| | | | |
| **Furs and Jewelry** | | | |
| **Wedding/Engagement Rings** | CV § 34-26(1a) | 50.00 | 50.00 |
| | CV § 34-4 | 1.00 | |
| | | | |
| **Costume Jewelry** | CV § 34-26(4) | 10.00 | 10.00 |
| | CV § 34-4 | 1.00 | |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **General Sporting Equipment** | Va. Code Ann. § 34-4 | 10.00 | 20.00 |

___**5**___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Brandon C Lawson,**                                    Case No.    **13-35907**
         **Nicole L Lawson**
                                                    ,
                                  Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in Insurance Policies** | | | |
| **Interest in Life Insurance Policy (none with cash value)** | **CV § 34-4** | **1.00** | **0.00** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Retirement Plan with employer** | **Not property of the bankruptcy estate under Patterson v. Shumate; 504 U.S. 753 (1991)** | **1.00** | **0.00** |
| **Not property of bankruptcy estate** | | | |
| **NONE KNOWN** | **CV § 34-34** | **1.00** | |
| | **CV § 34-4** | **1.00** | |
| **Stock and Interests in Businesses** | | | |
| **Business owned 100% by Debtors as sole proprietors; it is  known as Law Cleaning and Washing. Asset are nominal in value and shown below in section 29; accounts receivables shown below** | **Va. Code Ann. § 34-4** **Va. Code Ann. § 34-26(7)** | **1.00** **1.00** | **1.00** |
| **Accounts Receivable** | | | |
| **Accounts Receivable owed to Debtors' sole propriotship known as Law Cleaning and Washing, as of date of the filing of the bankruptcy petition** | **Va. Code Ann. § 34-4** **Va. Code Ann. § 34-29** | **513.00** **1,539.00** | **4,103.50** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Wages / Garnished Wages by any and all judgment creditors** | **CV § 34-4** | **1.00** | **0.00** |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Estimated Federal Tax Refund for 2013 and prior years** | **CV § 34-4** **Va. Code Ann. § 34-4** | **2,500.00** **500.00** | **4,000.00** |
| **Refund for 2012:  $5032; expect $5,000 for 2013** | **Va. Code Ann. § 34-4** | **500.00** | |
| **Expect no refund for wife** | | | |
| **Estimated State Tax Refund for 2013 and prior years** | **CV § 34-4** | **1.00** | **0.00** |
| **Refund for 2012:  $0; expect no tax refund in 2013** | | | |
| **Any interest in property that the debtor presently has or acquires within 180 days of the filing of this petition from a bequest, devise or inheritance, as a result of a separation or divorce decree, or as a beneficiary of a life insurance policy of death benefit plan.** | **CV § 34-13** **CV § 34-4** | **1.00** **1.00** | **0.00** |
| **Pending personal injury claim against Erie Insurance Co.  resulting from auto accident on 5/19/2013** | **Va. Code Ann. § 34-28.1** | **5,600.00** | **5,600.00** |
| **Settlement of claim is pending as follows:** **Nicole Lawson: $7,500.00** **Brandon Lawson:  $5,600.00** **Debtor's three children @ $2,700:  $8100.00 (not property of Debtors)** | | | |

Sheet ___**1**___ of ___**5**___ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Brandon C Lawson,**                                              Case No.    **13-35907**
         **Nicole L Lawson**
_____,
                                Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Auto #1 2004 Ford F-350 with 70,000 Miles** | **CV § 34-26(8)** | **0.00** | **14,425.00** |
| | **CV § 34-4** | **1.00** | |
| **Auto #2 2002 Nissan Maxima** | **CV § 34-26(8)** | **6,000.00** | **3,500.00** |
| | **CV § 34-4** | **1.00** | |
| **Auto #3 - 1998 Ford Explorer** | **Va. Code Ann. § 34-26(7)** | **2,000.00** | **2,000.00** |
| **1998 Honda Civic** | **Va. Code Ann. § 34-4** | **1.00** | **500.00** |
| **Boats, Motors and Accessories** | | | |
| **1988 Cobia 19' Boat Mercruiser** | **Va. Code Ann. § 34-4** | **960.00** | **960.00** |
| **2005 Continent Boat Trailer** | **Va. Code Ann. § 34-4** | **480.00** | **480.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Power Washer; 2 carpet shampooers; 5 vaccums; pump/extractor; generator; hot box; blower; 2 floor buffers** | **Va. Code Ann. § 34-26(7)** | **1,000.00** | **1,000.00** |
| **Animals** | | | |
| **Family Pets** | **CV § 34-26(5)** | **1.00** | **1.00** |
| | **CV § 34-4** | **1.00** | |
| | Total: | **24,047.00** | **181,415.50** |

Sheet  **2**  of  **5**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Brandon C Lawson,**                                          Case No. ___13-35907___
      **Nicole L Lawson**

_____,
                 Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Wife's Exemptions** | | | |
| **Real Property** | | | |
| Timeshare @ Berkley Vacation Resort | **Va. Code Ann. § 34-4** | **1.00** | **5,000.00** |
| | | | |
| **Cash on Hand** | | | |
| Cash | **CV § 34-4** | **17.50** | **35.00** |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Funds in Checking Account with Suntrust | **CV § 34-4** | **300.00** | **300.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| Living Room/ Family Room Furnishings: | **CV § 34-26(4a)** | **255.00** | **510.00** |
| Sofas; Chairs; Tables; TV(s); Miscellaneous items | **CV § 34-4** | **1.00** | |
| | | | |
| Bedroom Furniture: | **CV § 34-26(4a)** | **452.50** | **905.00** |
| Beds(s); Dresser(s); Night Stands; Lamps; TV(s) Miscellaneous Items | **CV § 34-4** | **1.00** | |
| | | | |
| Kitchen/Dining Room Furnishings: | **CV § 34-26(4a)** | **225.00** | **450.00** |
| Tables/Chairs; Appliances; Pots/Pans; Dishes/Silverware; Small Appliances; Miscellaneous Items. | **CV § 34-4** | **1.00** | |
| | | | |
| Miscellaneous Furnishings: | **CV § 34-26(4a)** | **330.00** | **660.00** |
| Washer/Dryer; Lawnmower; Tools; Outdoor furniture; Stereo; VCR; Miscellaneous Items. | **CV § 34-4** | **1.00** | |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Books; Pictures | **CV § 34-26(4a)** | **25.00** | **50.00** |
| | **CV § 34-4** | **1.00** | |
| | | | |
| **Wearing Apparel** | | | |
| Clothing | **CV § 34-26(4)** | **900.00** | **900.00** |
| | **CV § 34-4** | **1.00** | |
| | | | |
| **Furs and Jewelry** | | | |
| Wedding/Engagement Rings | **CV § 34-26(1a)** | **300.00** | **300.00** |
| | **CV § 34-4** | **1.00** | |
| | | | |
| Costume Jewelry | **CV § 34-26(4)** | **50.00** | **50.00** |
| | **CV § 34-4** | **1.00** | |
| | | | |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| General Sporting Equipment | **Va. Code Ann. § 34-4** | **10.00** | **20.00** |
| | | | |
| **Interests in Insurance Policies** | | | |
| Interest in Life Insurance Policy (none with cash value) | **CV § 34-4** | **1.00** | **0.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re    **Brandon C Lawson,**                                 Case No.    __**13-35907**__

         **Nicole L Lawson**

                                             Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Retirement Plan with employer** | **Not property of the bankruptcy estate** | **1.00** | **0.00** |
| **Not property of bankruptcy estate** | **under Patterson v. Shumate; 504 U.S.** | | |
| **NONE KNOWN** | **753 (1991)** | | |
| | **CV § 34-34** | **1.00** | |
| | **CV § 34-4** | **1.00** | |
| **Stock and Interests in Businesses** | | | |
| **Business owned 100% by Debtors as sole** | **Va. Code Ann. § 34-4** | **1.00** | **1.00** |
| **proprietors; it is  known as Law Cleaning and** | **Va. Code Ann. § 34-26(7)** | **1.00** | |
| **Washing. Asset are nominal in value and shown** | | | |
| **below in section 29; accounts receivables** | | | |
| **shown below** | | | |
| **Accounts Receivable** | | | |
| **Accounts Receivable owed to Debtors' sole** | **Va. Code Ann. § 34-4** | **513.00** | **4,103.50** |
| **propriotship known as Law Cleaning and** | **Va. Code Ann. § 34-29** | **1,538.50** | |
| **Washing, as of date of the filing of the** | | | |
| **bankruptcy petition** | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Wages/Garnished Wages** | **CV § 34-4** | **1.00** | **0.00** |
| **by any and all judgment creditors** | | | |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| **Estimated Federal Tax Refund for 2013 and** | **CV § 34-4** | **1.00** | **4,000.00** |
| **prior years** | | | |
| **Refund for 2012:  $5032; expect $5,000 for 2013** | | | |
| **Expect no refund for wife** | | | |
| **Estimated State Tax Refund for 2013 and prior** | **CV § 34-4** | **1.00** | **0.00** |
| **years** | | | |
| **Refund for 2012:  $0; expect no tax refund in** | | | |
| **2013** | | | |
| **Any interest in property that the debtor** | **CV § 34-13** | **1.00** | **0.00** |
| **presently has or acquires within 180 days of the** | **CV § 34-4** | **1.00** | |
| **filing of this petition from a bequest, devise or** | | | |
| **inheritance, as a result of a separation or** | | | |
| **divorce decree, or as a beneficiary of a life** | | | |
| **insurance policy of death benefit plan.** | | | |
| **Pending personal injury claim against** | **Va. Code Ann. § 34-28.1** | **7,500.00** | **7,500.00** |
| **Erie Insurance Co.  resulting from auto accident** | | | |
| **on 5/19/2013** | | | |
| **Settlement of claim is pending as follows:** | | | |
| **Nicole Lawson: $7,500.00** | | | |
| **Brandon Lawson:  $5,600.00** | | | |
| **Debtor's three children @ $2,700:  $8100.00 (not** | | | |
| **property of Debtors)** | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Auto #4 - 2004 Cadillac Escalade** | **Va. Code Ann. § 34-26(8)** | **6,000.00** | **7,000.00** |
| | **Va. Code Ann. § 34-4** | **1,000.00** | |

Sheet   __**4**__   of   __**5**__   continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

B6C (Official Form 6C) (4/13) -- Cont.

In re     **Brandon C Lawson,**
        **Nicole L Lawson**                        Case No.   **13-35907**
                                     Debtors   ,

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED
### (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Auto #5 - 1994 Ford Escort** | **Va. Code Ann. § 34-4** | **150.00** | **300.00** |
| **<u>Animals</u>** | | | |
| **Family Pets** | **CV § 34-26(5)** | **1.00** | **1.00** |
| | **CV § 34-4** | **1.00** | |

| | | Total: | **19,588.50** | **32,085.50** |
|---|---|---|---|---|

Sheet  **5**  of  **5**  continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Brandon C Lawson**
         **Nicole L Lawson**

                                                          Case No.    **13-35907**
                                         Debtor(s)        Chapter     **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**26**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **December 23, 2013**          Signature    **/s/ Brandon C Lawson**
                                                     **Brandon C Lawson**
                                                     Debtor

Date    **December 23, 2013**          Signature    **/s/ Nicole L Lawson**
                                                     **Nicole L Lawson**
                                                     Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.